1  Steven G. Rosales
   Attorney at Law: 222224
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-5491
   E-mail _steven.rosales@rohlfinglaw.com
5
   Attorneys for Plaintiff BEN MALDONADO
6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **EASTERN DISTRICT OF CALIFORNIA**

10                              **FRESNO DIVISION**

11

12  BEN MALDONADO,                          )  Case No.:  20-cv-1506-EPG
                                            )
13         Plaintiff,                       )  STIPULATION AND ORDER TO EXTEND
           vs.                              )  BRIEFING SCHEDULE
14                                          )
    KILOLO KIJAKAZI, Acting Commissioner of )
15                                          )
    Social Security,                        )
16                                          )
           Defendant                        )
17                                          )
                                            )
18

19       TO THE HONORABLE ERICA P. GROSJEAN, MAGISTRATE JUDGE OF THE

20  DISTRICT COURT:

21       Plaintiff Ben Maldonado ("Plaintiff") and defendant Kilolo Kijakazi, Commissioner of

22  Social Security ("Defendant"), through their undersigned counsel of record, hereby stipulate,

23  pursuant to the Court's Scheduling Order, to extend the time for Plaintiff to file Plaintiff's

24  Opening Brief to October 12, 2021; and that Defendant shall have until November 12, 2021, to

25  file her opposition, if any is forthcoming.  Any reply by plaintiff will be due November 26, 2021.

26

-1-

An extension of time is needed in order to properly address the issues within the administrative record and due to workload issues that have arisen due to a sharp increase in Counsel's caseload due to responsive filings from defendant in matters previously stayed due to Covid-19.  Counsel sincerely apologizes to the court for any inconvenience this may have had upon it or its staff.

DATE: September 7, 2021　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　LAW OFFICES OF LAWRENCE D. ROHLFING

　　　　　　　　　　　　　　　　　　　/s/ *Steven G. Rosales*
　　　　　　　　　　　　　BY: _____
　　　　　　　　　　　　　　　　　Steven G. Rosales
　　　　　　　　　　　　　　　　　Attorney for plaintiff


DATE:　September 7, 2021　　PHILLIP A. TALBERT
　　　　　　　　　　　　　　　　　United States Attorney



　　　　　　　　　　　　　　　　　*/S/- Marcelo N. Illarmo

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Marcelo N. Illarmo
　　　　　　　　　　　　　　　　　Special Assistant United States Attorney
　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　[*Via email authorization]

**ORDER**

Pursuant to the stipulation of the parties (ECF No. 15), IT IS HEREBY ORDERED that Plaintiff shall file and serve an opening brief no later than October 12, 2021. Defendant's response to the opening brief shall be filed and served no later than November 12, 2021, and Plaintiff's reply shall be filed and served no later than November 26, 2021.

IT IS SO ORDERED.

Dated:   **September 8, 2021**               /s/ *Erica P. Grosjean*
                                          UNITED STATES MAGISTRATE JUDGE