PHILLIP A. TALBERT
Acting United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
MARCELO ILLARMO (MABN 670079)
Special Assistant United States Attorney
     160 Spear Street, Suite 800
     San Francisco, California 94105
     Telephone: (510) 970-4822
     Facsimile: (415) 744-0134
     E-Mail: Marcelo.Illarmo@ssa.gov

Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEN MALDONADO,<br><br>        Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,[1]<br>Acting Commissioner of Social Security,<br><br>        Defendant. | Case No.: 1:20-cv-01506-EPG<br><br>STIPULATION AND ORDER FOR A FIRST EXTENSION OF TIME |

     IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for responding to Plaintiff's Opening Brief be extended from November 12, 2021 to January 11, 2022.  This is Defendant's first request for an extension of time to respond to Plaintiff's motion.  Defendant respectfully requests this additional time because Defendant's counsel needs additional time due to his current workload, including 16 district court briefs due over the next 30 days, five of which are due on November 12.

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi should be substituted, therefore, for Andrew Saul as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

- Defendant shall respond to Plaintiff's opening brief on or before January 11, 2022;
- Plaintiff's optional reply will be due within 15 days of the filing of Defendant's brief (on or before January 25, 2022).

Respectfully submitted,

Dated: October 22, 2021      */s/ Steven Rosales\**
(*as authorized via e-mail on  10/21/21)
STEVEN ROSALES
Attorney for Plaintiff

Dated:  October 22, 2021      PHILLIP A. TALBERT
Acting United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By:      */s/ Marcelo Illarmo*
MARCELO ILLARMO
Special Assistant United States Attorney

Attorneys for Defendant

# ORDER

Pursuant to the parties' stipulation (ECF No. 18), IT IS ORDERED that Defendant shall respond to Plaintiff's opening brief no later than January 11, 2022. Plaintiff's reply, if any, shall be due by January 25, 2022.

IT IS SO ORDERED.

Dated: **October 25, 2021**         /s/ *Erica P. Grosjean*
                                    UNITED STATES MAGISTRATE JUDGE