UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEN MALDONADO,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No. 1:20-cv-01506-EPG<br><br>ORDER GRANTING STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT<br><br>(ECF No. 24) |

Based on the parties' stipulation (ECF No. 24), IT IS HEREBY ORDERED that attorneys' fees and expenses in the amount of $5,300.00 are awarded pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, subject to the terms of the stipulation.

IT IS SO ORDERED.

    Dated:  **July 14, 2022**              /s/ Erica P. Grosjean
                                           UNITED STATES MAGISTRATE JUDGE

1